UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ISRAEL RAMIREZ-FIGUEROA,

    Petitioner,

    v.

WILLIAM TORRES-SANTIAGO,
et al.,

    Respondents.

Civil No. 06-1994 (JAF)

# O R D E R

Petitioner, Israel Ramírez-Figueroa, requests a certificate of appealability from this court to appeal our denial on May 31, 2007, of his 28 U.S.C. § 2254 petition. See 28 U.S.C. § 2253(c)(2) (1996). A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996).

Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of May 31, 2007, Docket Document No. 16. Accordingly, we **DENY** Petitioner's request for a certificate of appealability, Docket Document No. 24.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 22nd day of January, 2008.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge